# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>CAIO FELIPE OLIVEIRA DOS SANTOS<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No.  22-mj-5293-JGD |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 2019 to April 2021__ in the county of __Essex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Terrence Dupont*
Complainant's signature

Terrence Dupont, FBI Special Agent
*Printed name and title*

Sworn to and signed telephonically pursuant to Fed. R. Crim. P. 4.1.

Date: **Sep 30, 2022**

*Judith Gail Dein*
Judge's signature

City and state: Boston, Massachusetts

Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*