# Criminal Case Cover Sheet                                   U.S. District Court - District of Massachusetts

**Place of Offense:**  Category No. __II__   Investigating Agency __FBI__

**City** __Lynn MA__    **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number  __22-5293-JGD; See 2nd Page__
Search Warrant Case Number  __See 2nd Page__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: __CAIO FELIPE OLIVEIRA DOS SANTOS__   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: __(City & State)__ _____

Birth date (Yr only): __1995__   SSN (last4#): _____   Sex __M__   Race: _____   Nationality: __Brazilian__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA  __Kristen A. Kearney; David M. Holcomb__    Bar Number if applicable  __669940; 694712__

**Interpreter:** ☑ Yes  ☐ No   List language and/or dialect: __Portuguese__

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __09/29/2022__    Signature of AUSA: __/s/ Kristen A. Kearney__

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     CAIO FELIPE OLIVEIRA DOS SANTOS

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   M.J. Case Numbers:  21-5196-JGD;  21-mj-5202-JGD;

Search Warrant Numbers:  20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159, 21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5203, 21-mj-5204, 21-mj-5205, 21-mj-5206, 21-mj-5207, 21-mj-5208, 21-mj-5209, 21-mj-5210, 21-mj-5211, 21-mj-5212, 21-mj-5213, 21-mj-5214, 21-mj-5215, 21-mj-5216, 21-mj-5299, 21-mj-5300

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013