IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | Criminal No. 22-mj-5293-JGD |
| ) | |
| CAIO FELIPE OLIVEIRA DOS SANTOS ) | |
| ) | |
| Defendant ) | |

**GOVERNMENT'S MOTION TO SEAL COMPLAINT**

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the government's ability to arrest the defendant.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: /s/ Kristen A. Kearney
KRISTEN A. KEARNEY
DAVID M. HOLCOMB
Assistant U.S. Attorney

**Motion to seal allowed**
**Sep 30, 2022**
*Judith Gail Dein*
U.S.M.J.

Date: 09/29/2022