IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 22-mj-5293-JGD |
| ) | |
| CAIO FELIPE OLIVEIRA DOS SANTOS ) | |
| ) | |
| Defendant ) | |

## GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States Attorney hereby respectfully moves the Court to direct that the above-captioned matter be unsealed. In support of this motion, the Government states that the defendant, Caio Felipe Oliveira Dos Santos, was arrested on September 30, 2022 and this is no further reason to keep the matter sealed.

Motion allowed by the court.
Thomas F. Quinn
Deputy Clerk  9/30/22

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: /s/ Kristen A. Kearney
    KRISTEN A. KEARNEY
    DAVID M. HOLCOMB
    Assistant U.S. Attorneys

Dated:  September 30, 2022